ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Howard A. Sagaser                State Bar No. 72492
5260 North Palm Avenue, Suite 300
Fresno, California 93704-2215
Telephone: (559) 225-6700
Facsimile: (559) 225-3416

Attorneys for Defendant, Wolf 49ers Enterprises, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>vs.<br><br>ANDRES T. DE ANDA, MARTA DE ANDA, WOLF 49ERS ENTERPRISES, INC.,<br><br>            Defendant. | CASE NO.:   1:11-CV-00170-OWW-DLB<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT** |

The undersigned counsel for Plaintiff and counsel for Defendant WOLF 49ERS ENTERPRISES, INC., hereby stipulate to an extension of time for this Defendant to respond to the Complaint herein through and including April 14, 2011.

DATED: March 23, 2011          ATKINSON, ANDELSON, LOYA, RUUD & ROMO


                                        By:      /s/ Howard A. Sagaser
                                             Howard A. Sagaser, Attorneys for Defendant,
                                             Wolf 49ers Enterprises, Inc.

DATED: March 23, 2011          MOORE LAW FIRM


                                        By:      /s/ Tanya Levinson Moore
                                             Tanya Levinson Moore, Attorneys for Plaintiff,
                                             Ronald Moore

/ / /

013419.00008/638918v1

STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT

**O R D E R**

IT IS SO ORDERED that Defendant WOLF 49ERS ENTERPRISES, INC. shall have until and including April 14, 2011 to respond to the complaint.

IT IS SO ORDERED.

Dated: __**March 24, 2011**__                    /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE