DARRYL J. HOROWITT #100898
C. FREDRICK MEINE III #203889
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Defendants,
ANDRES T. De ANDA and MARTA De ANDA
dba DON PEPE TAQUERIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -  FRESNO DIVISION

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDRES T. De ANDA; MARTA De ANDA dba DON PEPE TAQUERIA; and WOLF 49ERS ENTERPRISES, INC.,<br><br>　　　　　　Defendants. | CASE NO.  1:11-CV-00170-OWW-DLB<br><br>**STIPULATION FOR EXTENSION TO FILE AND SERVE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT AND ORDER THEREON** |

WHEREAS the parties hereto wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings;

WHEREAS the parties wish to conserve the Court's resources and time;

IT IS STIPULATED by and between Plaintiff, RONALD MOORE, and Defendants, ANDRES T. De ANDA and MARTA De ANDA dba DON PEPE TAQUERIA, and WOLF 49ERS ENTERPRISES, INC., ("Defendants"), through their respective counsel, that Defendants shall have, and hereby are granted an extension of time to and including May 31, 2011, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
|   |   | MOORE LAW FIRM, PC |

Dated: April 14, 2011        By:  /s/ Tanya Levinson Moore
                                              _____
                                              TANYA LEVINSON MOORE
                                              Attorneys for Plaintiff,
                                              RONALD MOORE

COLEMAN & HOROWITT, LLP

Dated: April 14, 2011        By:  /s/ C. Fredrick Meine III
                                              _____
                                              C. FREDRICK MEINE III
                                              Attorneys for Defendants,
                                              ANDRES T. DeANDA and MARTA De
                                              ANDA dba DON PEPE TAQUERIA

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

Dated: April 14, 2011        By:  /s/ Howard A. Sagaser
                                              _____
                                              HOWARD A. SAGASER
                                              Attorneys for Defendant,
                                              WOLF 49ERS ENTERPRISES, INC.

IT IS SO ORDERED.

Dated:   **April 18, 2011**              **/s/ Dennis L. Beck**
                                              _____
                                              UNITED STATES MAGISTRATE JUDGE