1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4
   Attorneys for Plaintiff
5  Ronald Moore

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                         ) No.  1:11-CV-00170-OWW-DLB
                                         )
12            Plaintiff,                 ) **STIPULATION FOR DISMISSAL OF**
                                         ) **ACTION; ORDER**
13    vs.                                )
                                         )
14 ANDRES T. De ANDA, et al.,            )
                                         )
15            Defendants.                )
                                         )
16                                       )
                                         )
17 _____      )

18       IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants

19 Andres T. De Anda and Marta De Anda dba Don Pepe Taqueria and Wolf 49ers Enterprises,

20 Inc., the parties to this action, by and through their respective counsel, that pursuant to Federal

21 Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice

22 in its entirety.

23 Date: June 30, 2011                          MOORE LAW FIRM, P.C.

24                                              /s/ Tanya E. Moore
                                                Tanya E. Moore
25                                              Attorney for Plaintiff Ronald Moore

26

27

28 ///

*Moore v. Andres T. De Anda, et al.*
Stipulation for Dismissal; Order

                            Page 1

| | |
|---|---|
| Date: June 30, 2011 | COLEMAN & HOROWITT, LLP |
| | /s/ C. Frederick Meine |
| | C. Frederick Meine, Attorneys for Defendants Andres T. De Anda and Marta De Anda dba Don Pepe Taqueria |
| Date: June 30, 2011 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO |
| | /s/ Howard A. Sagaser |
| | Howard A. Sagaser, Attorneys for Defendants Wolf 49ers Enterprises, Inc. |

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **June 30, 2011**          **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

*Moore v. Andres T. De Anda, et al.*
Stipulation for Dismissal; Order